NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERNATIONAL INDUSTRIAL PARK, INC., KYDDLF & RDLFGFT NO. 1, LLC., AND RANCHO VISTA DEL MAR**, *Plaintiffs-Appellees,*

**v.**

**UNITED STATES**, *Defendant-Appellant.*

---

2012-5066

---

Appeal from the United States Court of Federal Claims in No. 09-CV-691, Judge Thomas C. Wheeler.

---

**JUDGMENT**

---

ROGER J. MARZULLA, Marzulla Law, LLC, of Washington, DC, argued for plaintiffs-appellees. With him on the brief was NANCIE G. MARZULLA.

CORINNE A. NIOSI, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRYANT G. SNEE, Deputy Director.

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 28, 2013                    /s/ Jan Horbaly
Date                              Jan Horbaly
Clerk